UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 DIVISION

IN RE:                                                                                       CASE NO: 21-11777-RAM

**Ivan Almagro**
        **Debtor.**
_____/

REQUEST FOR JUDICIAL NOTICE,
NOTICE OF POSSIBLE FRAUD ON THE COURT, and
MOTION TO VACATE FILING AND DISMISS CASE

      BRIDGE INVESTMENT INC pursuant to Rule 201(b) of the Federal Rules of Evidence, which "permits a court to take judicial notice of an adjudicative fact that is 'not subject to reasonable dispute ... .", hereby requests that this Court take judicial notice of the attached criminal proceedings against the Debtor, Ivan Almagro. Debtor has remained a jailed defendant since December 7th, 2020, based on a filed information in Miami Dade County Criminal Court for domestic violence, aggravated battery, kidnapping, and false imprisonment. See attached.

      This is real doubt as to whether the Debtor could have filed this case ON a pro se basis as he has remained in Miami Dade County jail since December 2020, or whether this was a fraudulent pleading. The Court and the clerk should examine whether this filing, done on the eve of a foreclosure sale under Miami Dade County Circuit Court Case Number 2020-005899-CA-01, for the second time since a prior matter was filed on November 24, 2020, under case Southern District of Florida Bankruptcy Case Number 20-22825-LMI, (dismissed on January 7, 2021) was a fraud on the Court.

      WHEREFORE, pursuant to Section 1307(c) of the Bankruptcy Code, which states that on request of a party in interest this Court may dismiss a case under this chapter for cause, or any other applicable Bankruptcy statute of rule governing this proceeding, the undersigned Creditor

hereby requests that this Court dismiss this action forthwith, at is seems an evident fraud upon the Court since Mr. Almagro could not have filed this proceeding from Miami Dade County jail, where he remains to this day.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing and US postal service to all parties of record on February 26, 2021.

Respectfully submitted,
Javier Banos Machado, Esq.

By:__s/Javier Banos Machado
Attorney for BRIDGE INVESTMENT INC
Law Services, P.A.
3126 Coral Way
Miami, FL 33134
Tel. (305) 519-5581
Florida Bar No. 25706