

ORDERED in the Southern District of Florida on April 14, 2021.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

```
                                )
In re:                          )    CASE NO.   21-11777-RAM
                                )    CHAPTER    13
IVAN ALMAGRO,                   )
                                )
                                )
            Debtor.             )
                                )
```

**ORDER (1) DENYING MOTION TO**
**DISMISS FOR FAILURE TO APPEAR;**
**AND (2) DIRECTING CLERK TO DISMISS**
**CASE FOR FAILURE TO CURE FILING DEFICIENCIES**

The Court conducted a hearing on April 13, 2021, on a Request for Judicial Notice, Notice of Possible Fraud on the Court, and Motion to Vacate Filing and Dismiss Case (the "Motion to Dismiss") [DE# 8], filed by Creditor, Bridge Investments, Inc. (the

"Creditor")  The Creditor failed to appear at the April 13th hearing. Therefore, it is -

**ORDERED** as follows:

1. The Creditor's Motion to Dismiss is denied for failure to appear.

2. The Clerk is directed to dismiss this case for failure of the Debtor to cure all filing deficiencies as indicated in the Notice of Deadline(s) to Correct Filing Deficiencies [DE# 4].

###

COPIES TO:

**THE CLERK OF COURT IS DIRECTED
TO SERVE A COPY OF THIS ORDER ON
ALL CREDITORS AND INTERESTED PARTIES HEREIN**